IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 14 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| VS | ) CR. NO. 05-20442-B<br>) |
| JENNIFER VICKERY, | )<br>) |
| Defendant. | )<br>) |

## ORDER ON GUILTY PLEA

This cause came on to be heard on December 14, 2005, the United States Attorney for this District, Stephen Parker, appearing for the Government and the defendant, Jennifer Vickery, appearing in person and with counsel, Milton Magee, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Counts 1 & 2 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **THURSDAY, MARCH 23, 2006, at 1:30 p.m., in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.**

The defendant is released on bond.

**ENTERED** this the _14th_ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-15-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20442 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Milton E. Magee
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT